**Order entered April 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00060-CV

**PATRICK DAUS, Appellant**

**V.**

**MARIA DAUS, ET AL, Appellees**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-10283**

## ORDER

We **DENY** appellee Maria Daus's April 1, 2014 motion to supplement appellee's brief.


/s/     MOLLY FRANCIS
         PRESIDING JUSTICE